JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| T.R., | Case No. 5:16-cv-02676-SHK |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the Commissioner of Social Security's decision is REVERSED and this case is REMANDED for further proceedings consistent with this Court's Opinion and Order.

DATED: 8/28/2018

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge